# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4206

_____

CHADRICK A. HALL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

September 23, 2019

PER CURIAM.

AFFIRMED. *See Brannon v. State*, 850 So. 2d 452, 456 (Fla. 2003) (finding that habitual felony offender designation could not be reviewed in the absence of filing a 3.800(b) motion preserving the issue); *Daniels v. State,* 118 So. 3d 996 (Fla. 1st DCA 2013) (holding that a discrepancy between the oral sentence pronouncement and the written judgment and sentence could not be corrected where the appellant did not preserve the sentencing error).

B.L. THOMAS, ROWE, and OSTERHAUS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Andy Thomas, Public Defender, and Megan Long, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.